PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 05/2015)

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MAR 02 2020
BY
DEPUTY

Robert Grizzle #1998719
Plaintiff's Name and ID Number

Eastham unit; 2665 prison Rd 1, Lovelady, TX 75851
Place of Confinement

CASE NO.______________
(Clerk will assign the number)

v.

9:20cv36 RC/KFG

DEAUNDREA DAVIS; 2665 prison Rd 1, Lovelady, TX 75851
Defendant's Name and Address

MICHAEL MANNING; 2665 prison Rd 1, Lovelady, TX 75851
Defendant's Name and Address

CHRISTOPHER BELL; 2665 prison Rd 1, Lovelady, TX 75851
Defendant's Name and Address
( DO NOT USE "ET AL.") Continued on PG 6.

---

**INSTRUCTIONS - READ CAREFULLY**

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACKSIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

## FILING FEE AND *IN FORMA PAUPERIS* (IFP)

1. In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $50.00 for a total fee of **$400.00**.

2. If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at you prison unit.

3. The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis,* the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or a initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from you inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $50.00 administrative fee does not apply to cases proceeding *in forma pauperis.)*

4. If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

## CHANGE OF ADDRESS

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked "**NOTICE TO THE COURT OF CHANGE OF ADDRESS**" and shall not include any motion for any other relief. Failure to file a NOTICE OF THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I. PREVIOUS LAWSUITS:

A. Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? X YES ___NO

B. If your answer to "A" is "yes", describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

1. Approximate date of filing lawsuit: [redacted] 1st March 2020 Robert Grizzle
2. Parties to previous lawsuit:

   Plaintiff(s) Robert Grizzle on Both

   Defendant(s) Stephanie elliot, cynthia Tilley (Matthews, Samuel) Continued on PG 7
3. Court: (If federal, name the district; if state, name the county.) western district waco division
4. Cause number: Don't Know yet
5. Name of judge to whom case was assigned: Don't Know yet
6. Disposition: (Was the case dismissed, appealed, still pending?) still pending Filing
7. Approximate date of disposition: N/A

Continued on 6B

II. PLACE OF PRESENT CONFINEMENT: EASthaM unit TDCJ-CID

III. EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted all steps of the institutional grievance procedure? X YES ___NO

Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV. PARTIES TO THIS SUIT:

A. Name and address of plaintiff: RoBert GriZZLE #1998719 Eastham unit 2665 Prison Rd. 1 Lovelady, TX 75851

B. Full name of each defendant, his official position, his place of employment, and his full mailing address.

Defendant #1: DeaUndriA DaViS, seargent of Correctional officers. eastham unit 2665 prison Rd 1 Lovelady TX 75851

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

used excessive force on me, interfered with my medical treatment and retaliated on me for filing Grievences

Defendant #2: Michael Manning, seargent of Correctional officers eastham unit 2665 prison Rd 1 lovelady, TX 75851

Briefly describe the acts(s) or omission(s) of this defendant which you claimed harmed you.

used excessive force on me, interfered with my medical treatment and retaliated on me for Grievences.

Defendant #3: Christopher Bell, seargent of Correctional officers eastham unit 2665 prison Rd1 lovelady, TX 75851

Briefly describe the acts(s) or omission(s) of this defendant which you claimed harmed you.

unneccesarily prolonged my pain and suffering, Denied me Basic human neccesities.

Defendant #4: Kurtis Tillis, correctional officer easthamunit 2665 prison Rd 1 lovelady TX 75851

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Was deliberately indifferent to my serious medical need

Defendant #5: Martha Walker, Healthcare provider eastham unit 2665 Prison Rd1 lovelady, TX 75851

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Was Deliberately indifferent to my serious medical needs

Continued on PG 7

V. STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

1) ON wednesday July 24th 2019 about 8:00 AM the plaintiff injured his Back while working on the eastham unit field squad.

2) The plaintiff was Not allowed to Stop working until around 11:00 AM.

Continued on PG. 10

VI. RELIEF:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

A) Issue a declaratory Judgement stating that:

Continued on PG.

VII. GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases.

Robert James Grizzle, T3X ; Bastard ; Lil Bastard, John Smith

B. List all TDCJ-CID identificaiton numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

#1998719 and #1330107

VIII. SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed? ____YES _X_ NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

1. Court that imposed sanctions (if federal, give the district and division): N/A
2. Case number: N/A
3. Approximate date sanctions were imposed: N/A
4. Have the sanctions been lifted or otherwise satisfied? N/A ____YES ____NO

C. Has any court ever warned or notified you that sanctions could be imposed? ____ YES X NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

1. Court that issued warning (if federal, give the district and division): N/A
2. Case number: N/A
3. Approximate date warning was issued: N/A

Executed on: 11-3-19
DATE

Robert Grizzle

Robert Grizzle
(Signature of Plaintiff)

**PLAINTIFF'S DECLARATIONS**

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from brining an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this 3 (Day) day of NoveMber (month), 20 19 (year).

Robert Grizzle

Robert Grizzle
(Signature of Plaintiff)

**WARNING: Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.**

[redacted] continued from pg. 1
defendants

Kurtis Tillis; 2665 prison Rd 1, lovelady, TX 75851

Martha walker; 2665 prison Rd 1, lovelady, TX 75851

Stephen Martin; 2665 prison Rd 1, lovelady, TX 75851

[redacted]; 2665 prison Rd 1, lovelady, TX 75851
Jane doe AKA Nurse watt

Mark Roberts; 2665 prison Rd 1, lovelady, TX 75851

Sarah Rios; 264 FM 3478 Huntsville, TX 77320

olu Funmilayo Adefolarin, 264 FM 3478, Huntsville, TX 77320

Cindy Davis; 2665 Prison Rd 1, love lady, TX 75851

AZM Hasan; 2665 prison Rd 1, lovelady, TX 75851

Bruce Johnson; 2665 prison Rd 1, Lovelady, TX 75851

Andrea walker; 2665 Prison Rd 1, Lovelady, TX 75851

parties to the suit

defendants.

Kenneth Hutto ; 2665 prison Rd 1, lovelady, TX 75851

Previous lawsuits

Part B

parties to previous law suits

Fernando marez, Darrius dudley, willard maier,
Sharon lucas, Barbara Brackens, Josh Reagan,
Kenneth Russel, Patricia lemasters, vivian elege
#4 western District waco division

In the eastern District lufkin division
matthew youmans, Jane doe AKA ms. watts
Frederick mc Ollough, Herbert Battle, Roberta will,
Brandie coffman, Aundrea walker, Kenneth hutto
Mark Roberts

On a separate Suit,

PARTIES to the suit continued From PG. 3

B) Full Name of EAch defendent, official Position, place of Employment and Full Mailing Address

Stephen Martin, Nurse, eastham unit: 2665 prison Rd. 1, lovelady. TX 75851

Briefly describe the acts or omissions of this defendent which you claim harmed you.

Was deliberately indifferent to my serious medical needs By not treating me properly and not providing me with proscibed medical treatment

Sarah RiOS, Nurse, estelle unit: 264 FM 3478 Huntsville, TX 77320

Briefly describe the acts or omissions of this defendent which you claim harmed you

was deliberately indifferent to my serious medical needs By By not giving me a Bottom Bunk Pass when I had a Back injury which Caused me to Farther injury myself, uneccessarily prolonged my pain and Suffering By denial of proscrised pain medication.

[redacted], Nurse, eastham unit: 2665 prison Rd 1 Lovelady, TX 75851

Briefly describe the acts or omissions of this defendent which you claim harmed you

was deliberately indifferent to my Serious medical needs By Refusing to see me when I came to medical with a serious medical problem, sent me away unseen. uncessarily prolonged my pain and Suffering

Parties to the Suit Continued From pg. 7

Mark Roberts, practice manager, eastham unit: 2665 prison Rd. 1, Lovelady, TX 75851

Briefly described the acts or omissions of this defendent which you claim harmed you.

He was deliberately indifferent to my serious medical needs after Being informed of his Staffs overall Culture of Being deliberately indifferent to my Serious medical needs He failed to take action

Cindy Davis, Nurse, eastham unit, 2665 prison Rd 1 Lovelady TX 75851

Briefly describe the acts or omissions of this defendent which you claim harmed you

Was deliberately indifferent to my Serious medical needs By Being Callously indifferent to my Back injury Refusing to treat me For Back pain. not doing proper tests, Causing further injury to my person and unneccessarily prolonging my pain and Suffering.

Azm Hasan, Doctor, eastham unit, 2665 prison Rd 1, love lady, TX 75851

Briefly describe the acts or omissions of this defendent which you claim harmed you

Was deliberately indifferent to my serious medical needs By Refusing to treat me For Head Pain, Head injury, Callously disregarded my head Pain, uneecessarily prolonging my Pain and Suffering

Parties to the Suit Continued

Olufunmilayo Adefolarin, health care provider, estelle unit, 264 F.M. 3478; Huntsville, TX 77320

Briefly describe the acts or omissions By this defendent which you claim harmed you.

Was deliberately indifferent to my serious medical needs By Failing to give me a Bottom Bunk Pass causing me to Further injur myself, Dropped the pain meds proscribed By E.R. Doctors without examining me, unescesarily prolonging my pain and suffering.

Bruce Johnson, Assistant Warden, eastham unit 2665 prison Rd 1 Lovelady, TX 75851

Briefly describe the Acts or omissions By this defendent which you claim harmed you:

After Being Notified of his staffs violation of plaintiffs Constitution Rights and of his staffs General culture of harming inmates, violating Rights and disregard For inmates Period failed to take action.

Andrea Walker, seargent eastham unit 2665 Prison Rd 1 Lovelady, TX 75851

used excessive force on the plaintiff, intimidation to keep me from getting medical Attention, Physically injured me

Parties to the suit Continued

Kenneth Hutto Assistant warden eastham unit
2665 prison Rd 1, lovelady TX 75851

Briefly describe the acts or omissions By this defendant which you claimed harmed you.

After Being notified of his staff violating the plaintiffs Rights He Failed to take action.

Statement of facts continued From PG 4

3) Upon returning to the unit, the plaintiff was taken to medical By Field force officer Simmons

4) The plaintiff was examined by defendent walker, the unit "provider".

5) Plaintiff told defendent walker that he was in extreme Pain, was Barely able to walk, couldnt stand up straight

6) plaintiff requested a Bottom Bunk pass from defendent walker as he explained he didnt want to injur himself worse getting up and down out of a top Bunk.

7) defendent walker callously dismissed the Plaintiffs request and concerns with the statement "you'll Be ok", "youre not dying".

8) The plaintiff was in agonizing pain for the next 48 hours Because he had to get up and down from the top Bunk.

9) defendent walkers unneccesarily prolonged the plaintiffs Pain and Suffering

10) On 7-25-19 the plaintiff attempted to "walk in" at medical and the medical staff refused to treat him. They told the plaintiff to put in a sick call.

11) defendent Walker's deliberate indifference Caused [redacted] the plaintiff to further injur himself.

12) on 7/26/19 the plaintiff got off of his top Bunk to go to [redacted] pill window his Back "twisted" and "Locked up"

13) The Pain was so agonizing he lost Concousness, when the plaintiff Came to he was Barely able to walk, couldn't Stand up Straight and was in agonizing Pain.

14) the plaintiff left his cell about 3 pm Barely walking when he encountered "line Boss" defendent Tillis

15) defendent Tillis told the plaintiff that He was doing chapel lay ins and didn't care if the plaintiff was dying and ordered the plaintiff Back to his cell Before he got his ass Beat down.

16) [redacted] Defendent Tillis then stated he would call "Rank" to deal With the plaintiff... He never did.

17) defendent tillis's Failure to act caused the plaintiff Further injury and uneccessarily Prolonged the plaintiffs Pain and Suffering.

18) The plaintiff Collapsed in his cell and Felt Something clench in his Back as the pain intensified.

#19) Around 4:00 pm defendant Tillis did an in and out for pill window.

#20) plaintiff left his cell, Barely walking went to 1 Row and collapsed on the ground, still defendant Tillis Refused to Render him aid nor call a supervisor

#21) about 4:30 the plaintiff was seen By a Nurse who informed him he had to be sent to huntsville memorial hospital.

#22) At the E.R. The plaintiff was given Norco for Pain, a steroid shot, a muscle relaxer and Antiinflammatory medications, Told that he had a strained Lumbar

#23) The plaintiff was prescribed muscle relaxers 3x's Daily, Anti inflammatory meds and Icing 4x's Daily.

#24) on 7-27-19 about 6 AM the plaintiff went to medical and was told By defendant Martin that they had nothing For him.

#25) Defendant Martin was Rude, Disrespectful and Told the plaintiff he would not give drugs such As muscle relaxers to Convicts

#26) defendent Martin Refused to give the plaintiff Ice as prescribed 4X's daily. The Reason he gave was that he felt the plaintiff was full of crap and medical weren't gonna be bothered with trivial matters such as giving [redacted] inmates Ice

#27) around 10:30 AM the plaintiff went back to medical and still defendent Martin refused to give the plaintiff muscle relaxers and Ice as presribed

#28) defendent martin gave the plaintiff Naproxen and IB profen togather which can cause damage to the Liver and is a Big "No-no" in the medical field

#29) The plaintiff told defendent Martin He needed a lower Bunk pass because he was too injured to get up and down from the top and was reinjuring himself in the process

#30) defendent Martin told the plaintiff to Jump off the top Bunk head first and it would solve his problems.

#31 defendent Martins actions and inaction caused the plaintiff to further injur himself.

#32) on 7-27-19 around 3:30 PM the plaintiff got off of his top Bunk and his Back "twisted" and "locked up".

#33) The plaintiff went to pill window and Back, and to chow hunched over and in extreme pain.

#34) while returning from the chow hall the plaintiff left foot/legs went nums and he collapsed in the hallway

#35) The plaintiff was taken to medical in a wheel chair

#36) upon Arriving to medical defendent martin Started, yelling cursing and carring on towards the plantiff and accused him of Being Full of crap.

#37) The plantiff was sent Back to huntsville memorial hospital

#38) the plaintiff was ~~given~~ given hydrocodone for pain, muscle relaxers, steroids, and Antinflamnatories

#39) The E.R Nurse told the plantiff that not Icing his Back, ~~[illegible]~~ not taking his muscle relaxers combined with getting up and down out of a top Bunk was cause of his problems.

#40) The plaintiff was prescribed tylenol 3 For pain, Icing 4X's Daily, muscle relaxers 3X's Daily steroids, AntiInflammatories. The plaintiff was told By E.R. staff he needed to Request a lower Bunk pass For the Duration of his healing process.

#41) The plaintiff was Diagnosed with acute left sided SaCroilitis, ordered to Follow up with a personal care provider or utmb ortho spine clinic in 1-2 Days.

#42) The plaintiff was taken to estelle unit to see defendent Rios. The plaintiff told her He needed A lower Bunk pass. she told him that wasn't going to happen That his unit would take Care of that.

#43) Then Defendent Rios told the plaintiff Since he wanted to Be a smart ass. He could Be a Smart ass in pain.

#44) defendent rios the Request via telephone that defendent Adefolarin Drop his prescribed tylenol 3.

#45) without examing the plaintiff in Any Fashion defendant Folarin agreed to drop the Plaintiffs tylenol 3.

#46) defendent rios' actions caused the plaintiff to further injur himself and unneccessarily prolonged his pain and suffering

#47) defendent adefolarin's actions caused the plaintiff to further injur himself and unneccessarily prolonged his pain and suffering

#48) on 7/28/19 the plaintiff went to medical to get Ice and medications Defendent martin cursed at him and told the plaintiff to get out of medical Before he found himself in a world of hurt

#49) Around 11-AM The plaintiff went to medical again. this time defendent martin gave him medication But Refused to give him Ice, Defendent martin got Angry when the plaintiff Asked For Ice

#50) Around 3:00 pm the plaintiff reinjured his Back again while getting off the top Bunk He was Barely Able to walk and in extreme pain.

#51) Around 5 pm The plaintiff went Back to medical to get Ice and medication As well to notify staff that He had reinjured his Back

#52) At medical the plaintiff informed defendents D. Davis and manning that He needed to do An injury report that he reinjured his lower Back and could Barely walk. As well as his left leg was going Numb.

#53) At this point defendent Martin started compling that the plaintiff was Full of crap and wouldnt stop harrassing medical with complaints.

#54) At this point the Plaintiff told everyone that he was going to file grievences if they didnt help him.

#55) defendents D. Davis and manning then placed the plaintiff in handcuffs Behind his Back Raughly they used excessive Force on an injured person the plaintiff and Forcibly Drugg him From medical took him to administrative Segregation. the plaintiff started screaming Because he was in excrutating pain.

#56) defendents D. Davis and manning told the plaintiff if he did not shut up they would Beat him to pulp.

#57) The plaintiff did not resist in Any way.

#58) still defendents D. Davis and manning Drugg him down the hallway.

#59) defendents D. Davis and manning's excessive use of force and interfering with medical treatment Caused the plaintiff Further injury and unneccessarily prolonged his pain and SUFFERing.

#60) next the plaintiff was taken to medical For a PHD physical where defendent martin Refused to document that the plaintiff was injured Barely able to walk and in extreme pain. In Conspiracy with security Namely defendent D. Davis and manning.

#61) defendent martin REfused to treat the plaintiff unneccessarily prolonging his pain and Suffering as well as Causing Further injury to the plaintiff.

#62) The plaintiff was up all night in agonizing pain, with Back spasms, stressed out about Being in segregation, emotionall distressed that He would receive disciplinary action For no reason.

#63) All day on 2/29/19 the plaintiff didn't sleep For the Above reasons.

#64) on 7/29/19 the Plaintiff was Scheduled to See the personal Care provider. Security Staff Refused to acknowlege the plaintiff needed to go to medical even though He had a pass to go.

#65) The plaintiff recieved No medication nor Ice nor medical Attention unit he ~~[illegible]~~ injured himself Further

#67) on 7/29/19 the plaintiff was served a Major disciplinary case written By Defendent D. Davis and "supposedly investigated By defendent manning

#68) the disciplinary case was wrote in Retaliation of the plaintiff talking about Filing grievinces on defendents D Davis, Manning and martin.

#69) It Stated that the plaintiff Stopped in the hallway at 2:50 pm, Refused to continue walking He Created a disturbance By interupting chow, and disobeyed a Direct order to Keep walking and lied to An officer about recieving medical treatment

#70) Every thing there in was False

#71) defendent Manning in violation of TDCJ Rules Participated in the incident and then investigated the case, Then lied claiming he got my statement at 2:26 on 7/26/19. In conspiracy with defendent D. Davis.

#72) The plaintiff proved that with documentary evidence Namely Camera Footage that showed defendent Maning never Come to his cell to investigate the Case!

#73) around 6:05 the plaintiffs Back locked up and He Fell and hit his head on the Bars in his cell on accident Causing a Large Contusion and laceration to his head Rendering him unconcious.

#74) the plaintiff was Found unconcious in a pool of Blood By officer leighanne wells.

#75) The plaintiff was unconcious, non responsive for about 1 hr. and had to Be Life Flighted to Conroe emergency room.

#76) the plantiff Was treated For head injury there. He was told By E.R doctor that He had a Mild concussion

#77) The plaintiffs injuries were a direct result of Defendents rios, martin, walker, ade Folarin's Deliberate indifference to his serious medical needs. Medical not seeing him on 7/29/19 As well As defendent D. Davis and manning excessive use of Force the day Before.

#78) The plaintiff was taken From the E.R. to estelle unit. The plantiff Cannot remember who he Saw there

#79) when the plaintiff was returned to Eastham unit By ~~Sergeant~~ Defendent Bell, He was not allowed to shower to was all the Blood off of his Body. He was placed in a strip cell, which had 24/7 illumination

#80) The plaintiff was in extreme agonizing pain Couldnt sleep, hearing voices,

#81) The plaintiff recieved No midday medication nor Evening meds. Nor Ice as prescribed.

#82) on 7/30/19 The plaintiff was taken to medical In nothing But his Boxers, covered in Blood, with No Footwear.

#83) The plaintiff was seen By defendent M. Walker

#84) The plaintiff Told defendent M. Walker that the E.R. Told him to request a lower Bunk pass. defendent M. Walker told the plantiff that since He was in lock up that he did Not need a lower Bunk pass As they all were lower Bunks. The plaintiff told her he'd Be out of lock up any day. She stated she did Not care.

#85) on 7-31-19 the Plaintiff was woken up By defendant Bell and was transferred to a cell with no illumination.

#86) defendant Bell laughed and told Another officer that going From constant illumination to no illumination is what they do to torture people that they "security" should Be Able to do it to all offenders.

87) defendant Bell Refused to provide the plaintiff with Bedding, clothes, Footwear, toilet Paper, a cup to drink out of or Any Basic human neccessities.

88) Around 9: Am the plaintiff was taken to major disciplinary court where capt reed dismissed the plaintiffs major disciplinary case as it was Blatantly Bogus as he stated.

89) the plaintiff still had Not Been allowed to wash the Blood off of him But was given clothes.

90) on 7-31-19 the Plaintiff Did Not recieve his midday medication Nor Ice period.

#91) On 7-31-19 the plaintiff sent an I-60 request to an offical to defendent Roberts the practice manager. The plaintiff requested an informal Resolution to defendents rios, martin, adeFolarin, and M. walker's Action's Being Deliberately indifferent to the plaintiff serious medical needs

#92) on 8-1-19 the plaintiff Filed a step 1 Grievance on defendents Manning and Davis For using excessive Force, Injuring him, interfering with him recieving medical treatment, Being deliberately indifferent to his serious medical needs. As well as retaliation.

#93) The Grievence rules prevented the plaintiff from Filing a Grievence on defendent Tillis as only 1 issue can be grieved per Grievence and only 1 grievence per week can be Filed So By the time plaintiff had grieved the above and medicals Actions he was time Barred By the 15 Day rule From grieving Defendent Tillis' inaction /Actions.

#94) on 8/1/19 the plantiff did not recieve his Noon medications

#95) This whole time the plaintiff was in Agonizing pain, stressed out, getting little sleep, with Blurry vision, memory loss and loss of Conciousness.

#96) These Same issues have plagued the plaintiff For along time now

#97) on 8-5-19 the plantiff was seen again By defendent M. Walker. The plaintiff notified her He was out of lock up, on a Top Bunk and in agonizing pain From having to getup and down From a top Bunk.

98) Defendent M. walker told The Plantiff That She was Not gonna Bother Classification By giving him a Bottom Bunk as she didn't want to step on their toes.

99) defendent M. Walkers Failure to give The plantiff a Bottom Bunk pass Caused Further injury to him as well unneccessarily prolonged his pain and Suffering

100) The plantiff was prescribed muscle relaxers For 7 Days 3X's Daily For a total of 21 Doses. He missed 9 of those Doses over 1/3rd of the total As well As did not receive Ice Not one time.

101) on 8-7-19 the plantiff sent An I-60 Request to defendent Roberts.

102) The plaintiff requested An informal resolution to defendant M. Walkers Deliberate indifference to his serious medical needs on 8-5-19.

103) The plaintiff filed a step 1 on defendants M. Walker, Rios, Adefolarin, and martin stating that they were deliberately indifferent to his serious medical needs multiple times, that defendant martin gave the plaintiff naproxen and IB profen together, that he did not recieve Ice not once and Because of medicals actions He missed 9 Doses of medication, The plaintiff requested defendant ~~...~~ Roberts properly train his staff

104) on 8-14-19 the plaintiff was Forced to go to work Despite the Fact he was still injured.

105) upon Returning From work The plaintiff was taken to medical By his work Boss.

106) defendant martin stated He did not care if the plaintiff reinjured him self at work He stated the plaintiff had Been treated For Back problems and He wasn't going to do anything For the plaintiff.

107) defendent Martins deliberate indifference Caused Further injury to the plaintiff as well as unneccessarily prolonged his pain and suffering.

108) around 5:45 the plaintiff got off of his top Bunk, his Back locked up and he hit his left eye on the wall causing him to lose concioushess, a Contusion to his eye as well as a laceration that required Derma Bonding.

109) the plaintiff was taken to medical and seen By defendent Martin

110) on 8-16-19 the plaintiff sent An I60 to defendent Roberts requesting An informal resolution to defendent Martins deliberate indifference and refusing to do Anything For him on 8-14-19 at 12 Pm.

111) ON 8-22-19 Defendent JAne doe AKA Nursewatt prevented the plaintiff From Being seen Because As she stated He was Slightly late For his Appointment

112) The plaintiff Was taken to medical About An hour later in Debilitating pain.

113) Defendent Jane doe AKA Nursewatt prevented the plaintiff From Being seen Despite the Fact He was complaining of incontinence, loss of conciousness Due to pain.

114) As well as Numbness in his left leg, Blurry vision, Nasea, and extreme pain in the Back (lower) and head.

115) Defendant Jane doe AKA Nurse Watt purposely, maliciously and sadistically prevented the plaintiff from making his serious medical needs known to medical personell specifically trained to propery treat his symptoms.

116) Defendant Jane doe AKA Nurse Watt has always been disrespectful, Rude, Called Names and altogather showed Disregard for this plaintiff's and other offenders serious medical needs.

117) on 8-23-19 the plaintiff hadnt Been seen since 8-14-19 on and emergency visit despite putting in several sick calls and I-60's complaining of the previous listed symptoms At Paragraph 113 and 114 of this complaint.

118). on 8-23-19 the plaintiff Filed a step 1 grievance on defendent Martin For Being Deliberately indifferent to his serious medical needs on 8-14-19 around 12 AM.

119) Defendent martin has always Been Rude, Disrespectful, mean sprited and sadistical in his treatment towards the plaintiff.

120) on 8-26-19 The plaintiff sent an I-60 request to defendant Roberts requesting an informal resolution about defendant Sanedoc AKA Nurse Jett actions on 8-22-19.

121) on 8-28-19 the plaintiff was seen By defendant Hasan who Refused to treat the Plaintiff for his head pain/injury. He stated He wouldn't Be treating all the plaintiffs minor aches and pains. The plaintiff stated he had a concussion according to E.R. staff, a contusion Bruising, And a laceration less Than a month prior to this visit.

122) Defendant hasan stated He Did not care. He proceeded to do An External examination of An internal injury Namely the plaintiffs Back. Defendant hasan obdurately refused to make Any change to the Plaintiffs medical treatment.

123) on 8-29-19 The plaintiff was Forced to go to work despite the Fact that He was obviously injured.

124) on 8-29-19 after Returning From Work the plaintiff was attempting to go to medical Because he could Barely walk He was prevented From doing so By An unknown medical staff member.

125) on 8-31-19 the plaintiff injured himself when He fell unconscious to the Floor As a result of An Agonizing headache around 3:50 pm.

126) The plaintiff Attempted to get medical Attention upon waking up and leaving his cell.

127) The plaintiff was sent to medical By The line Boss.

128) Nurse hill and officer Rocha sent the plaintiff Back to his Block when he Arrived to medical stating he had to Be escorted into medical By the Seargent.

129) The plaintiff then sat in his line's Dayroom For a couple hours.

130) Twice Defendent A. Walker came to The Block and spoke to the plaintiff where the plaintiff explained his problem to him

131) Defendent A. Walker was the Line Seargent and responsible For getting the plaintiff Medical Attention.

132) The 3rd time (Seargent) Defendent A. Walker Came to The Line He Charged into the Dayroom grabbed the ~~[illegible]~~ Plaintiffs Arm while he was sitting down twisted it Behind his Back, put him in hand Restraints, picked him up causing injury to the plaintiffs lower Back which twisted and Locked up.

133) defendent A. Walker then gave the plaintiff a choice to go to his cell or lock up.

134) defendent A. Walker used excessive Force and intimidation to prevent the plaintiff From making his serious medical Needs Know to medical Staff. Because As defendent A. walker stated he didn't have time to deal with the plaintiffs Bullcrap.

135) Defendent A. Walker had direct Knowledge that the plaintiff had a Back injury as He Sat with The plaintiff in medical on 7/26/19 when the plaintiff was waiting to go to huntsville memorial hospital. For Back injury.

136) on 9-1-19 the plaintiff sent An I60 to defendent Roberts requesting An informal resolution to defendents Hasans actions on 8-28-19

137) on 9-3-19 the plaintiff Filed a step1 on defendants hasan and Janedoe AKA Nurse Watt for their delliberate indifference to his serious medical needs and on defendent roberts For failing to take action to curb the Known pattern of deliberate indifference displayed By his underlings

138) As of 9-3-19 the plaintiff has put in a total of about 15-20 Sick calls and about 5 I60s. to defendent roberts about his serious medicall needs.

139) medical Staff have either Ridiculed the plaintiffs complaints, accussed him of faking, prevented him From getting Treatment or obdurately refused to make Any changes To his treatment.

140) on 9-4-19 the plaintiff was seen By defendent C. Davis in response to the sick call he put in about defendent A. walker injuring his Back on 8-31-19.

141) Defendent C. davis, tried to make it seem as if he complained about his Arm. Refused to treat his Back injury until the plaintiff Argued that He complained of Back injury not Arm injury in his sick call.

142) once defendent C. Davis printed out the plaintiff's sickcall she then decided that the plaintiff was faking. She then gave him some stretching excercised's to do which he had already Been given.

143) The plaintiff told defendent C. Davis that He was in extreme pain, having muscle spasms in his lower Back and couldn't walk nor stand up strait.

144) On 9-4-19 the plaintiff attempted to do the stretches provided to him By defendent C. davis while doing so He felt something tear in his Back and his Back locked up, His left Foot went Numb. His Back pain started getting worse every day after.

145) on 8-27-19 The plaintiff Filed a step 2 Grievance on defendents Davis and manning!

146) on 10-14-19 The Plaintiff Filed a step 2 Grievance on defendent's M. walker, Martin, Ross, Ade Folarin

147) on 10-22-19 The plaintiff Filed a step 2 on defendents Martin on 8-14-19.

148) ON 9/11/19 The plaintiff Filed a step 1 on defendant A. Walker.

149) Defendant hutto Failed to take action After Being notified that his Staff violated the Plaintiffs Rights.

150) ON 11-12-19 The plaintiff Filed a step 2 on defendant walker. prison officials Failed to take Any Action!

151) on 10/31/19 the plaintiff Filed a step 2 on Dr. Hasan (defendant) and defendant Jane doe AKA Nurse watt and the Culture of eastham medical - Staffs Known pattern of deliberate indifference towards offenders medical needs!

152) The plaintiff has Filed a total of 5 Grievances on officers and medical Staff on the eastham unit.

153) There is a Known pattern of deliberate indifference towards offenders health and medical needs on the eastham unit.

154) Every Time the plaintiff has had interactions with medical staff on the eastham unit.

154 continued) The medical staff were Rude disrespectful Arrogant and name called. They Regulary accuse the plantiff of Faking and other things!

155) Every time the plaintiff has interacted with Security Staff about medical issues The Security Staff were Rude and deliberately indifferent to The plaintiffs Serious medical needs

156) These actions and behaviors have carried on over several months period of Time.

157) To this Day 1-10-20 The plaintiff's medical treatments have not Been changed defendant Afasan has still obdurately Refused to change the plaintiffs treatment plan.

158) The plaintiff is still expiriencing The same medical symptoms and nothing is Being Done.

# Claims for Relief

160) defendents Manning and davis were deliberately indifferent to the plaintiffs serious medical needs, They disregarded a serious Risk to his health and safety. They prevented the plaintiff From recieving proper medical care, used excessive Force on the plaintiff in Complete disregard to the Fact He had a Serious Back injury, was not capable of resisting Force. These Actions violate the plaintiff's 8Th Amendment Constitutional Rights in several ways. Both these defendents caused the plaintiffs pain and suffering to Be unnesscessarily prolonged, caused Further injury to the plaintiff. They also violated the plaintiffs first Amendment U.S. Constitution Rights By retaliating on him In Response to his threat to File grievances on them By Filing False disciplinary charges on him and placing him in administrative segregation without Just cause.

161) defendents M. walker, Rios, adefolarin, and martin violated the plaintiffs 8th Amendment Rights By Being deliberately indifferent to his serious medical needs. They had Direct Knowledge of a serious Risk to the plaintiffs health and safety and Failed to take reasonable Action to abate it

By Refusing to give the plaintiff a Bottom Bunk Pass Despite the Fact He had a Serious Back injury that Caused him Agonizing pain and Suffering getting up and down From the Top Bunk, This caused him to Further injure himself and uneccessarily prolonged his pain and suffering.

162) defendent tillis violated the plaintiffs 8th Amendment Rights By Being deliberately indifferent to his serious medical needs By having direct Knowledge of his serious medical Needs which were obvious even to a layman and failed to take Reasonable action to abate it. His Failure to render aid Nor act caused Further injury to the Plaintiff as well as uneccessarily prolonged his pain and Suffering.

163) defendent Jane doe AKA Nurse Watt violated the plaintiffs 8th Amendment Rights By Being deliberately indifferent to his Serious medical needs By having direct Knowledge of his Serious medical Needs and Failed to take reasonable actions to abate it. She Failed to allow the plaintiff to Be treated For An emergency visit Simply Because he was slightly late to a sick call Appointment earlier that day and As she stated she did Not care if The Plaintiff Was dying she was not gonna allow him to Be seen. She caused Further injury to the plaintiff And uneccessarily prolonged his pain and Suffering

164) defendant Roberts violated the plaintiffs 8th Amendment Rights By Being deliberately indifferent to the plaintiffs Serious medical needs - defendant Roberts was notified via I-60 and Step 1 Grievence, of his underlings actions of Being deliberately indifferent to the plaintiffs serious medical needs. He had direct Knowledge of the plaintiffs serious medical needs and failed to take action to abate it. He Failed to take ~~tact~~ action towards his underlings after Being notified of their indiscretions. He took no action to Curb the Known Pattern of Constitutional violations of his underlings toward offenders.

165) defendant Bell violated the plaintiffs 8th Amendment Rights By placing him in a strip cell with constant illumination, no Bedding, clothes, Toilet paper, hygiene items, covered in Blood Denied a shower, Then took him to an unilluminated cell also stripped with no Basic human necessities while the plaintiff was forced to eat his food with his Blood encrusted hands.

166) After Being notified of his underlings Known pattern of disregard for inmates Rights He failed to take action to curb the culture of officers at the eastham unit.

defendent Johnson violated the plaintiffs 8th Amendment Rights By doing So. Defendent Johnson was notified via Grievance process of These actions By his underlings

167) defendent C. Davis violated the plaintiffs 8th Amendment Rights By Being deliberately indifferent to the plaintiffs serious medical needs By having direct knowledge of a serious Risk to The plaintiffs health and Safety and Failed to tak Reasonable action to Abate it, Causing the plaintiff Further injury as well as unneccessarily prolonging his Pain and suffering

168) defendent Hasan violated the plaintiffs 8th Amendment Rights By Being deliberately indifferent to the plaintiffs serious medical needs By obdurately refusing to change his treatment, By having direct knowledge of a serious Risk to The plaintiffs health and safety and Failed to take reasonable Action to abate it, Causing Further injury to The plaintiff As well as unneccessarily prolonging his pain and suffering.

169) defendent A. Walker violated the plaintiffs 8th Amendment Rights By using excessive Force on the plaintiff.

while the plaintiff was injured, causing him further injury, unnecessarily prolonging his pain and suffering, preventing him from getting medical Attention By using Force And intimidation.

Relief Requested Continued From Page 4

1) The physical Abuse By defendents Manning and Davis, D as well as interfering with medical treatment violated the plaintiffs Rights under the 8th Amendment to the U.S. Constitution

2) The Retaliation of defendents Manning and Davis, D in Response to the plaintiff threatening to File grieviences violated the plaintiffs Rights under the First Amendment to the U.S. Constitution

3) The deliberate indifference to the plaintiffs serious medical needs By defendents M Walker, Martin, Rios, Adefolarin, Jane doe AKA Nurse Watt, Roberts, Tillis, C. Davis, Hasan violated the plaintiffs Rights under the 8th Amendment to the U.S. Constitution

4) The malicious, and sadistic denial of Basic human necessities By defendent Bell violated the plaintiffs Rights under the 8th Amendment to the U.S. Constitution

5) The Refusal of defendent Johnson to take action after Being notified that his underlings had violated the Plaintiffs Rights, violated the Plaintiffs Rights under the First and 8th Amendment to the U.S. Constitution.

6) The physical Abuse By defendent A. Walker violated the plaintiffs Rights under the 8th Amendment to the U.S. Constitution.

B) Award Compensatory damages in the Following Amount:

1) $10,000.00 Jointly and severally against defendents Manning and D. Davis For the physical and emotional injuries Sustained as a Result of their excessive use of Force and retaliation on the plaintiff

2) $30,000 Jointly and Severally against defendents M. Walker, Rios, Ade Folarin, martin, G. Davis, Hasan and JAnedoe AKA Nurse [illegible] For their consistant deliberate indifference to the plaintiffs serious medical needs which resulted in Further injury to the plaintiff as well as unnecessarily Prolonged his pain and Suffering.

3) $2,000 against defendent Tillis For Being deliberately indifferent to the plantiffs serious medical needs which resulted in Further injury to him as well as unnecessarily prolonged his Pain and Suffering.

4) $2,000 Against defendent Roberts For Failing to take action after Being notified of persistant Constitutional Violations By his staff

5) $2,000 against defendent Bell for placing the plaintiff in a stripcell with out Basic human necessities while Covered in Blood, unneccessarily prolonging his pain and Suffering.

7) $5,000 against defendent Johnson For his Failure to take action after Being notified of his Staffs Constant violation of the plantiffs Constitutional Rights.

8) $5,000 against defendent A, walker For the physical and emotional injuries Recieved By The Plaintiff as a Result of the excessive Force used By the Defendent And preventing The plaintiff From getting medical help unecessarily Prolonging the plaintiffs pain and Suffering.

C) Award punitive damages in the Following Amounts

1) $10,000.00 against each defendents Manning, D. Davis A. Walker,

2) $5,000.00 against each defendents M walker, Rios, Martin Adefolarin, and Johnson Hasan and Janedoe AKA Nursewatt.

3) $3,000.00 against each defendents Tillis, Roberts, Bell, C. Davis.

D) Grant such other Relief As it may appear that the Plaintiff is entitled to.

FOREVER / USA

ADDITIONAL OUNCE · USA

ADDITIONAL OUNCE · USA

FROM: Robert Grizzle
#1998719 Eastham Unit
2665 Prison Rd. 1
Lovelady, Texas 75851

TO:
Clerk Of The
United States District Court
For The Eastern District of Texas Lufkin Division
104 N. Third St.
Lufkin, Tx 75901

UNITED STATES POSTAL SERVICE. Retail

P

US POSTAGE PAID
$0.00
Origin: 75851
02/28/20
4853750851-08

PRIORITY MAIL 2-DAY ®

1 Lb 11.60 Oz
1006

EXPECTED DELIVERY DAY: 03/02/20

C010

SHIP TO:
104 N 3RD ST
LUFKIN TX 75901-9828

USPS TRACKING® NUMBER

9505 5101 0557 0059 1317 54

PS00001000014

EP14F July 2013
OD: 12.5 x 9.5

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

UNITED STATES POSTAL SERVICE®

This envelope is made from post-consumer waste. Please recycle - again.