| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

ROBERT GRIZZLE, §
        Plaintiff, §
*versus* § CIVIL ACTION NO. 9:22-CV-192
MICHAEL MANNING, *et al.*, §
        Defendants. §

**ORDER ADOPTING**
**THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

Plaintiff Robert Grizzle, proceeding *pro se*, filed the above-styled lawsuit. The court previously referred this matter to the Honorable Christine L. Stetson, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge recommending that a motion for summary judgment limited to failure to exhaust administrative remedies be denied. To date, the parties have not filed objections.

The court has received the Report and Recommendation, along with the record, pleadings, and all available evidence. After careful review, the court finds that the findings of fact and conclusions of law of the magistrate judge are correct.

Accordingly, the Report and Recommendation of United States Magistrate Judge (#32) is **ADOPTED**. The motion for summary judgment limited to failure to exhaust administrative remedies (#18) is **DENIED**.

SIGNED at Beaumont, Texas, this 18th day of March, 2024.

                                                    MARCIA A. CRONE
                                      UNITED STATES DISTRICT JUDGE